UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60103-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              **O R D E R**

WAYNE BURKES,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Wayne Burkes's Motion For Reduction In Term Of Imprisonment As Result Of Amendment In Guideline Range (DE 177). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

The Court notes that Defendant was convicted of Count III of the Indictment (DE 19), conspiracy to obstruct interstate commerce in violation of 18 U.S.C. § 1951, and was sentenced for the same. The Sentencing Guidelines applicable to his offense have not been altered. Therefore, Defendant is ineligible for a reduction of his sentence.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Wayne Burkes's Motion For Reduction In Term Of Imprisonment As Result Of Amendment In Guideline Range (DE 177) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   27th   day of May, 2008.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:
See Attached Mailing List

UNITED STATES OF AMERICA VS. WAYNE C. BURKES
CASE NO. 04-60103-CR-ZLOCH

All Counsel of Record

Wayne C. Burkes, pro se
P.O. Box 7007
Marianna FL 32447-7007